IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACOB DRAGSETH, , | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CA-00318-FB |
| | § | |
| CROWN EQUIPMENT CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court are the Report and Recommendation of United States Magistrate Judge (ECF No. 35) concerning Plaintiff's motion for leave to file a second amended complaint (ECF No. 27), along with Plaintiff's written objections (ECF Nos. 37 & 38) thereto, Defendant's response (ECF No. 39), and Plaintiff's reply (ECF No. 40).

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

-2-

The Court has thoroughly analyzed the submissions in light of the entire record.  As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause, including the transcript of the hearing on the motion for leave to amend, and has conducted a de novo review with respect to those matters raised by the objections.  After due consideration, the Court concludes the objections lack merit.  For the reasons stated on the record, the Court agrees that Plaintiff's motion fails to satisfy the governing standard for granting leave to amend under Rule 16 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (ECF No. 35) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Opposed Motion for Leave to File Plaintiff's Second Amended Complaint (ECF No. 27) is DENIED.

It is so ORDERED.

SIGNED this 14th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE